TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

*******************************

UNITED STATES OF AMERICA

-v.-

RICHARD BERNSTEIN

**A)** If pursuant to a prior Court Order:

Docket Number: _____
Judge: _____
Date Entered: _____

**B)** If a new application, the statute, regulation, or other legal basis that authorizes filing under seal

25-MJ-266
_____
Docket Number

ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT

*Seth D. Eichenholtz*
U.S. MAGISTRATE JUDGE
September 10, 2025

DATED:  BROOKLYN  , NEW YORK
RECEIVED IN CLERK'S OFFICE ON

*******************************

**SUBMITTED BY:** ☐ Plaintiff  ☐ Defendant  ☒ DOJ
Name: Eric Silverberg
Firm Name: U.S. Attorney's Office - EDNY
Address: 271-A Cadman Plaza East, Brooklyn NY, 11201
Phone Number: 718-254-6365
Email Address: eric.silverberg@usdoj.gov
Return To:

(Check off only one)
☐ Sealed Docket Entry and Document (*Entry and Document can only be seen by persons with sealed access. No NEF will be generated.*)
☒ Sealed Document only (*Document text is viewable but the document can only be seen by persons with sealed access. An NEF will be generated.*)
Other Restrictions: ☐ court users only  ☐ ex parte  ☐ attorneys for the applicable party  ☐ case participants

**DESCRIPTION OF DOCUMENT (*MANDATORY*)**
Description of document to be entered on docket sheet

Complaint

**CERTIFICATION OF SERVICE:** (Check one)
☐ A.) A copy of this application either has been or will be promptly served upon all parties to this action;
☐ B.) Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation _____ ; or
☒ C.) This is a criminal document submitted, and flight, public safety, or security are significant concerns.

9/10/25
_____
Date

_____
Signature